FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

2021 FEB 25  AM 8: 35

for the

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

District of

Division

Robert George Hileman )
)
)
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Justin Bodle )
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.    5:21-Cv-113-WWB-PRL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ☐ Yes    ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert George Hileman |
| Street Address | 3290 N.W. 10th Street |
| City and County | Ocala, Marion |
| State and Zip Code | Florida, 34475 |
| Telephone Number | None |
| E-mail Address | None |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     Justin Bodle

    Job or Title *(if known)*     UNKnowN

    Street Address     18629 SE. 20th Pl.

    City and County     Silver Springs, MArioN CouNty

    State and Zip Code     FloridA, 34488

    Telephone Number     UNKNowN

    E-mail Address *(if known)*     UN KNo wN

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*   N//A

☐ Federal question                      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question   N//A

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship   N/A

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Robert Hileman , is a citizen of the
State of *(name)* Florida .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* Justin Bodle , is a citizen of
the State of *(name)* Florida . Or is a citizen of
*(foreign nation)* The United States .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation    N/A

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

There is my Home, Real Property, its Contents, And Several Vehicals, As well As family Heir looms involved. (Please See Attatched Exibit A-(1-19)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of the claim in a separate paragraph. Attach additional pages if needed.

Justin Bodle, did in fact Conspire together with Natasha Hileman Using methods of persuation, trickery, Decoys And/or Subterfuge to Obtain, my property, And Belongings therein, And then to create A smoke screen, And Slow the progression of His procecution, Conspired with Natasha Hileman, And "Friends" to Dispose of me by via the Judicial System, (see Exhibit A) CASe# 20CF00212 9AX

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I Am seeking the Return of my Home, Along with its entire Contents, including utility Buildings, vehicals, tools, clothing, family Heir looms, Photo's, ect.. ect.. Also seeking Criminal Procecution for Theft of Automobil's, tools, stereo Equitmant, Electronic's, Personal Belongings, Boat motor... Ect. Ect...

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

As well as Financial Releif for "things" that will be
missing from the property that was stolen and sold off
As of 3-14-2020 unsure of the Amounts At this time until
the Recovery of my Property located At 18629 SE 2014 PL.
Silver Springs, Fl. 34488

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-14-2021

Signature of Plaintiff      Robert Hileman
Printed Name of Plaintiff   Robert George Hileman

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

In Re: Case # 20CF 00212 9Ax

State of Florida

Agency Case # S20010242

Date: 1-13-2021

Vs.

Robert George Hileman

Judge: Anthony Michael Tatti

State Attorney: Shanae L. Harris

Defense Attorney: David B. Falstad

I, Robert George Hileman am undertaking the Writing of this Letter to address the Allogation in the above Styled Case Against me, As follows 1 Count of Aggravated Battery with Deadly Weapon 784.045.1A2 - Felony in the Second Degree.

Let it be Known that I wish I could be more Concise in this writing, And I will do my best to do Just that, though I'm afraid that this Letter will evolve into several pages, And phases of the Truth as I Know it to be. In Truth What Appears on the Surface of this Case, The Stabbing of Victim Joel Travis, on: 5-21-2020 and that victim giving the Description of An "unknown Suspect" being A white Male with Long Blond hair, And Blue eyes, with med. Build who used A "Bowie Knife" to Stab the Victim in the Chest. Is Nothing more than An "In General Description" of me, Given to the Victim by my Daughter, Natasha Lynn Hileman, Whom I was Attempting to seek prosecution Against, mere weeks prior (DAYS)

for the theft of 3 Automobil's that I owned.
While I was in Jail. My Daughters theft of
those three Vehicals, Pale's in comparison the
"the Truth" of what All Natasha Lynn Hileman
And Her Boyfriend, And father of two of her
Child, "Justin Bodle" Had Actually Stolen
from me During that Jail stay of A month And A
half. I was charged with Burglary/Theft in Case#
20CF838 / Case # MCSO200FF0D4515
And was Arrested on 2-28-2020, then Bonded out
on 2-29-2020 And Released.
At That point my Daughter Natasha Lynn Hileman
called the Bondsman, And Told him Bold faced
Lies, Saying I was using drugs, And was planning
to "Run" from the charges that I was Bonded on.
I used Russell Dipesy, From Bulldog Bail Bonds in
that Situation, And Naturaly, having Cause, Bulldog
Bail Bonds off Bonded me, An Picked me back up
And brought me back to Jail, for A remainder
of the time I served on that Charge.
From 3-14-2020  until 4-13-2020 (Charges Dropped)
My Daughter And Her Boyfriend (Natasha Hileman, And
Justin Bodle) Had me off Bonded for there own
Devious reasons. (So as to get me out of the
Way, And off of my Property,) (where I've Lived Since
1971) (And where I Let them move into Just A few
weeks prior.) For the Sole Purpose of Stealing
Everything I owned including the House itself.

My Daughter, Natasha Lynn Hileman, who is
On the Arrest Report, Along with her Boyfriend
Justin Bodle, Are the true Director's, Orchestrating
this Case from behind whats seen from its
onset. These two Operatives Natasha Hileman,
and Justin Bodle, have taken up the Stabbing
of Joal Travis, on 5-21-2020, And seeing
the perfect Opportunity to "IN-Ject" myself
into the "Hot Seat" as the Perpetrator, is nothing
more than Valiant, Elaborate, Heinous Attempt,
to Dispose of Me, Robert Hileman, Because
of the following True Facts. That I Plan on
Bringing, And Showing a factual Paper Trail,
Of Lies, Deceit, Theft, followed up with the use
of the Judicial System, And Paid, "Hired Assassin's"
in An Attempt to "Snow Blind", "smoke Screen",
"Slow the progression", "Hide", the true Facts
That Natasha Hileman, And Justin Bodle Did in
fact, Defraud me out of my Home, located At,
18629 SE. 20th PL. Silver Springs, FI. 34488
Along with it's Entire Contents, Containing,
Cars, Electronic's, furNiture, tools, family heir looms
My Clothing, And even my own Dentures.
It was A Heartless, Brazen, Attack, to overthrow
the Natural Progression, And Inheritance, of the
Above listed "Hileman Estate". With A
Substantial Monatary Value of Around $120,000
in Real Property, with its Contents...

Natasha Hileman, whom has a history of theft,
And Fraud, And Her long time Boyfriend,
and Accomplice, Did in fact Conspire together,
then Employed methods of Persuasion, And
Subterfuge, to Subvert, and Over-throw the
Natural Succession, of My Home, and All
Contents, there in.
       Natasha Hileman, And Justin Bodle then
found the Perfect Oppertunity, Employing, And
Recruiting Mr. Joal Travis, And All Witnesses,
envolved in the Incident that Accured on 5-21-2020
With the Soul porpose of Disposing of
Me, by via the Judicial System, to Cover
there oun Felonious Actions of the weeks prior.
       There is Compelling Evidence that Proves
Beyond A shadow of A Doubt, that the Above
mentioned events Did in fact Happen, And
Accure. There is A Paper Trail, that is only
A matter of Investigating, And Aquiring
the Paper Work Needed, that is A matter of
Puplic Record. But the most Compelling
Evidence maybe A Police Report Filed by
Myself (Robert Hileman) And Tinamaria Haddon,
On or About - May 5, 2020, At the Marion Co.
Sheriff's office, Located At: 692 N.W. 30th Ave
Ocala, Fl. 34475
       Inthat Report, I was Attempting to Bring
Criminal Procecusion against Natasha Hileman
as well As Justin Bodle for the Theft of three

Vehicals, that I owned At the time of my Arrest for A Burglary, that was Dismissed 46 Days later. I was only seeking the Arrest of Natasha Hileman And/or Justin Bodle, for the theft (Auto) because, I was planning on Contacting, And Hiring A "Real Estate Attorney" to Address the Property And Home itself At that time.. (Cival Suit) And figured the "Auto theft" Arrest would be the fastest, And easiest way to "begin proceeding's." Please Note: At the end of the Sheriff's taking the report on May 5th, 2020, I made A statement, though it may not be on the recorded tape itself, As we where leaving the Booth, I said to the Officer, And I Quote: I've Never been more Afraid, And scared in my life ?? The Officer Said, Quote: Why is that Mr. Hileman? Then I said, Quote: Because my Daughter is Known for setting me up, by filing false Reports, to Protect her own Butt from Prosecusion.
   The Officer, And Tina Marie Hadden Herd me make that statement At that time.
   That was only (20 Days) Prior to my Arrest on this charge.
   To this event I Swear, And Affirm, did Happen. I prodicted my own Arrest, At my Daughters Hand!!! Due to me seeking to Prosecute Her Days Prior... And its in my own Oppinion that Just the fact Her Name is on the Arrest Report, Should Raise Question, As to the Validity of this case At All...

There is a paper trail of Deed transfer's, Police Reports, Restraining Order's Issued Without Just Cause, only because I had No Vehical to transport me to the Court House for that Hearing, Thanks to My Daughter, Natash Lynn Hileman, And her Boyfriend, & Accomplice, Justin Bodle, Had Stolen All three of my Vehicals A month prior.

   I Plan to show, and list Several Police Reports, as well as Dept. of Children And family Services Adult Senior Care Division Reports(x2)Where It was determined that All these Reports where "called In" or Reported By My Daughter, And found to be False Statements, Erroniously & Insolently Filed, for Her oun Self Serving, Premeditated, Unsubstantiated, Attempts to Overthrow the Rightful Successor of the Property that was Left to me by my mother, Using Deceptive False Alegation's, Lies & Supercilious Actions And Deceit.

   My Goal is to "show" All Parties Envolved here Judge Tatti, State Attorney, Shanae Harris, Defense Attorney, David B, Falstad.... This... That it is complete waste of State funds to follow thru to trial with this case, And to Exonerate Myself from these charges, that my Daughter has consorted with the victim, And witnesses, Probably even Paid them, Due to the fact Her Theft of my Property, And belongings total $120,000

And is the Largest "Score"-or-"Heist" of Her Life...
= = Worthy of Doing what ever it takes to Keep it,
Even Employing a few local Drug Addicts, And Drunks
to Carry out There Evil Plot... (I use there in reference
to My Daughter And Justin Bodle)
Just a thought- Newly Gotten Stimulis money,
Natasha, Justin +3 children collected $2800
How much of that is she "giving" for these
"Hired Henchmen" to Dispose of me by via the Judicial
System ?? Even if she offered it All to them,
it would Pale in Comparison to "Her Take" of $120,000
Value in Real Property. I'm sure my Daughter's
Prowess with "the men" was easy, Batting her big Blue
eye's, And a flirtatious twitch of her Butt, with a
Wink, I's Im Sure, what Dru in Rodney Lebreck
And Leebo, Probly mixed with a small Amount of
Drug's as well. (Both Are Known Druggies)
And Rodney Has Had "a Crush" on Natasha Since
2001... I Know the Truth's About my case....
My Daughter And Justin Are master manipulator's.
And Now that they Have Full Control of my Home
will Stop At Nothing, to try And Keep there own
Freedom's safe At All Cost's Including the
 Hiring of these Hentchen to Dispose of me
And why am I the only one who see's And Know's
this to be Fact, Not Fiction. What Im Facing
Down Here is a Life Sentance to me, Literly, At my
Age 54, (15 years) I'de be 70 years old when I Got out!
If I even Live that Long!

Natasha Hileman, Jessica Lopez, Jack Carlson
Rodney Lebreck, "Leebo", And the victim Joal Travis,
Are the Key "Fabricators" of the Arrest Report
Story line.

IN this Rebuttle I will give, And show
Compelling Evidence, that the above listed Names
Did conspire together, to create A smoke screen,
to hide and conceal by deceit the true Facts
that Natasha Hileman, & Justin Bodle Did procure
and obtain physical, And Legal Possesion of my
Property Illegaly, and Everything therein.

I will include A Few of my own Questions,
that Need valid Answers, my Preponderance's,
And Comments, is An Attempt to show, and give
Sustenance to the Compelling truths as I
Know them to be, facts.

I'm having to recall the Events in A "Reverse
Order" as I Know them to factualy be, recalling
from my memory only. Backed by the few Poices
of Paper work that I have access to from being
Incarcerated.

My first Question: Why would I Just-Sign over
my Home to my Daughter at my Age, with No
Where else to go? I own No other Homes, or
Property. So would I Just "Give Away" my
Home, So I could walk the Streets, to be Homeless?
Answer: No, I wouldn't, My Daughter Has Defrauded me
out of my Home, Complete with it's entire Contents,
Tools, Cars, Clothing, Everything I once owned is gone.
Value: $120,000

The Truth: Natasha Lynn Hileman, Justin Bodle, Did in fact Conspire together with, Joal Travis, Jack Carlson, Jessica Lopez, Rodney Lebreck, And "Leebo", to Hide, and Conceal, Create A "Smoke Screen" to Stop me from Seeking the Arrest of Natasha Hileman, And Justin Bodle, for the theft of everything I Once Owned.

Natasha Hileman, And Justin Bodle Are in fact Liers, and Master Manipulator's, Theives, Con Artist's that have employed methods of Persuation, trickery, Decoy's, And or Subterfuge, to Obtain there hidden Goals

The Event: The Stabbing Of Joal Travis, on the Night of 5-21-2020, Did in fact Happen. Though the True Person that Stabbed Joal Travis was a man Named: "Johny David Head" Who is Also listed in the Discovery Paper work.

It is in my beleif, that After the Stabbing Accured, Joal Travis Drove himself to my Daughters Seeking First Aid At what is or (was my Home) Located At 18629 SE 20th PL Silver Springs. Fl.

Natasha Hileman And Justin Bodle, Did in Fact See the Oppertunity to "Put me in the hot seat" for the Stabbing. And they did in fact Conspire together to do Just that.

Johny David Head was walking with another man that Night Just before the Stabbing Accured, Dwight Barnhart who Lives on the East Side

Of Levy Hammock Rd, where the Stabbing Accured.
Though he is being Reluctent to talk About it,
Because Johny David Head Still walks the Streets.
Johny David Head Did in fact Brag, And Bost
About "his Stabbing" to several other People...
And when those few did come foreward to talk
to the Sheriff's Dept., they where met with
the Comment of: Quote: Sorry, we have made an
Arrest, And there is No further Investigation..
— End Quote —
I know the truth — That I had Nothing to do
With the Stabbing of Joal Travis At All..
— I was at my friends House Mathew M°Intire,
Had been there All Day working, With Danial Novak
Fixing Doors, and Replacing Door Locks ect. ect..
Just the fact my Daughters Name is Listed
on the Arrest Report, in, And By its Self Should
Raise A Red Flag in this Case Against me...
Due to the fact I was Seeking to Pocecute her
Just weeks Prior, And She had taken out A
restaining order Against me As well (May 4th, 2020,
Also Days prior...
In my Opinion All Parties Whom Are listed on
My Arrest Report should be Arrested themselves
for "false Police Reports" and conspiring with my
Daughter, in the theft of everything own... I'm very
Upset... And I can't beleive that this has gone on
this Long... Its As plain As the Nose on
your face, yet No One See's it or knows it but me?

IN Closing, I will Not rest until the truth comes to Light. I Am the Vicim Here... Wrongly Arrested for the stabbing of Joal Travis, And He Also Knows I'm Not who stabbed him — Johny David Head, HAs Jet Black Hair (long) or At least it was At the time... I've herd he HAs cut his hair and flead the Area in hopes of evading this situation... Staying in "Reddick" with his mother? (Not Sure)

My Daughter has A History of Theft, And fraud, And this being Her "lArgest Theft" to Date, She will stop At Nothing to keep me from seeking her Arrest, As well As her Boyfriends Arrest, Justin Bodle, Because I'm Sure He played A Huge Roll in the theft of my Home, Tools, CArs, ect. ect...

And what Really Anger's me the most? The longer I'm Here in JAil, the Better the Odds "they" get Away with Stealing of Everything I once owned... They Are out there" Selling off" my things, PArting out my CAr's, And Disposing of Any And All that they CAN... (my CArs may have gone to the Scrap YArd?) But I CAN't check on that from here... And thats there goal — Dispose of me by viA the Judicial System, to SAve there own Butts. At All Cost...

Im Really the Victim Here
— Robert Hileman —

To Summerize, A list of "Stolen Values"

| | Totals |
|---|---|
| My Home Located At: 18629 S.E. 20th Pl. Silver Springs Fl. 34488 Value: $35,000 to $40,000 | $40,000.00 |
| Movie Memorabilia "The Bruce Lee Coffee Table" | $60,000.00 |
| Cars, Motor Vehicles, Boats 1991 Buick Road Master "Wagon" | $2,500.00 |
| 2006 Dodge Caravan "Van" | $1,500.00 |
| (Year Not Sure) Chrysler 300 "Sedan" (My Mothers) | $500.00 |
| 2009 Honda Civic "Tittle leaned" | $6,000.00 |
| Antique's, Collectables, And other Memorabilia (music) (movies) | $5,000.00 |
| -Tools- Electronic's, House Hold furnishings, furnicher, ect. | $5,000.00 |
| Total Cash Loss — | $120,000 |
| Not Counting the family Heir looms, And Hand me downs → that Are Price less to → me And the Rest of My → family, And Children (Photo's) | Priceless |

⑬

IN A Nutshell And being As CONcise As possible, My DAughter Natasha Lynn Hileman And Her Long time, Boyfriend, FAther to two of Her Children, Justin Bodle, Both Accomplices, conspired together, Employed Methods of persuasion, And Subter-fuge, to Subvert and Overthrow the NAturAl Succession of the Property Located At the below Address 18629 S.E. 20th PL. Silver Springs, Fl. 34488 INcluding, All furnishings, FAmily Heir Looms, Electronic's, Movie Collection, ANtique's, FAmily Photo's, CollectAble's, Both Movie, And music Memorabili Tools, StorAge units, All Automobil's that where on the property, and One Boat.

To put A modest VAlue oN everything listed Above, (As some of the memorabilia was IN the process of being authenticated by the FAmily of "Bruce Lee" as a coffee table Seen in one of His movie's, WAs VAlued by itself at Around $30,000 to $60,000) And other VAluable Antique's, VAse's, And family Heir Loom's - Price Less But the Property its self is VAlued At $35,000 to $40,000 At Current RealestAte Pricing. The Automobil's being listed AS Follow's, with VAlue. 1991 Buick Road MAster EøstAte WAgon (Registered And tagged titled to me by the StAte of INdiANA As "Historic") VAlue $2,500

2006
Dodge mini van (Registered, Tittled, Tagged to me by
the State of Florida) Valued $1,500
The Above listed 2006 Dodge mini van was purchased
During the time that I was out on Bond
between the dates of (2-29-2020 And 3-14-2020)
Closer to the Latter date of 3-14, Because
When I Bought the van, I had the tittle "mailed"
to my Home, Located At 18629 S.E. 20th Pl.
Silver Springs, Fl. 34488
Where it was Intercepted by Natasha Hileman
and Justin Bodle, After I was "off Bonded"
by Bulldog Bail Bonds, the above listed
Accomplices "Forged the Tittle" And then sold
that Vehical While I was in Jail, without
my permission, And when I Purchased that
Vehical, I Also took out, And Paid for Six
month's of Insurance in Advance thru "General"
Insurance, Located on Silver Springs Bld.
of which I Never Cancelled that Insurance
in Hopes of Recoverying that Dodge mini van.
Though I Never did (I was Told by DMV that
the van had been sold, And Changed Hands
to Someone Named "Krebs"??) And I Also
found out that the van had been "Impounded"
At that Point I knew I couldn't get my Van
back from Impound, it No Longer being in my
Name. (Question: Why would I Pay for Six
month's of Insurance, in Advance Just to sell it
A Few short Days later? Answer?? Because I didn't
Sell the van. It was stolen, Tittle forged While I'm Incarcera

(15)

(3rd Vehical) was a "Chrysler 300" that I had bought Also Just A few days prior to being off Bonded. From my good Friend And Neighbor "Donald Fortier" he didn't have the tittle Due to it being Burnt up in A Home fire (The Car Also had Some Fire Damage to the Driver Side, but Still Ran, And Drove) But Mr. Fortier wrote me A bill of Sale, And we planned to go together to DMV to Apply for a lost Tittle. That transaction Never materialized, Also Due to me being "off Bonded by "Bulldog Bail Bonds" Cars Value: $500.⁰⁰ And that Car was then Stolen by Natasha Hileman, and Accomplice, Justin Bodle. It was in my Drive way when I was "off Bonded" There is A fourth Car Involved Also, that I did Not List when I Attempted to Persue Prosecution for the Theft of my three cars on Two Seperate occation's, Because It is my Mother's Car, A 2009 Honda Civic, (my mother Past Away About 5 years ago) we will touch base with that Point in A closer "Detailed Story" line Shortly. But the 2009 Honda Civic is, (or was) Still on the Property last of my Knowledge. There is An other long Story to that Situation to tell as well, envolving Natasha Hileman, Stealing A $10,000 Life Insurance Policy money from me After my mother's Passing, And then Not taking care of my mother's Last wishes, And Paying off her Bills, That Car the 2009 Honda Civic Included...

Pile it All on the table in front of ANy PersoN, everything iN writing, And A matter of Public Record

Just the fact Her Name is oN the Arrest Report Should Raise A Red Flag!!? But No ONe kNows the Real truth here but me...
Let me ask you A Simple QuestioN... (ExplaiN) My NAme HAs been oN the HilemAN Estate Now mANy years. But I've lived there longer than that.. Since 1971 when DAd Retired, I Grew up there... It wAS given to me when mom Died About 5 years Ago. It is the oNly Home I owN, or Should I sAy "used To owN", Since my DAughter theiving it Just 2 month's Before this Arrest. "The Set up"

QuestioN's, Why Did my DAughter HAve the Need to tell me iN Front of the Police Officer that I took to the House oN 4-13-2020 After my release From JAil that Day, That my NAme WAS No Longer oN the Property I took the Officer there to coNfront NAtAshA And JustiN Bodle, About my CArs being stoleN from the Property.
If It WAS A LegAl Property trAnsfer theN Wouldn't I have AlreadY knew mY NAME wAs off of it AlreadY? They Dooped, And Defraudeed me out of my Home while I wAs iN JAil.
We Need to Depose that officer to see if he recalls that AltercatioN   over ⟶

He Should, It was a Heated conversation.
Followed by my Daughter telling the Officer
that she wanted me off the Property by All means,
Even if she Had to Evict me At her Cost....
Quote I CAN, I have plenty of $ (From the Sale of my stuff)
Question... Why would A 54 year old MAN (Me)
transfer my only Home over to my Daughter,
With No where else to go, Nor No CAR to get
me there No, thanks to Natasha and Justin
Bodle, Blazingly Stealing them (All 3) And Home
Who in there right mind would Just "Give Away"
there only Home, to be Homeless Literally
    Homeless, And Walking. (I would Never do that)
I have Health Conditions preventing me from
being Able to Work..."A Double Abdominal Heria"
I Couldn't even work to Support myself if I
wanted to... How would I Live from that point?
Stand out in front of Walmart "Begging" to Survive?
    It was An unLawfull, And Felonious,
Premeditated, Hostile take over of my Home of
(50 years) Natasha Lynn Hileman and Justin Bodle
Have Finally Succeeded in Getting me out of the
way, After Several other Failed Attempts in the
Past (there is A paper trail of False Reports?) - years
    But Now - she Has Control of the Property
She And Justin Are living there.
    And its Now that she is trying to Make me
Dissappear Completely by via the Judicial System
    = Feloniously Hiring in Help to get the Job
                                                Done...

Public Records (18)

My Home, located At 18629 S.E. 20th Pl.
    Silver Springs, Fl. 34488
Did in fact Change from my Name, into my
Daughters, (without my consent)?

Natasha Hileman Called the Bondsman: Bulldog Bail Bon
And Had me off Bonded
    Contact: Russell Dipesy - (to confirm)

Charges Dropped 30 Days later, And I took A
Sheriff Deputy to my home to Confront the theft
of 3 Cars. (At which time I was told my Name was
No Longer on the Property in front of the Officer)
(If it was A legal Deed transfer wouldn't I have known
about it Already?) 4-13-2020

5-4-2020   Natasha Hileman takes out A restraini
order Against me, with NO Confrontations exept me
taking AN Officer to the property on 4-13-2020
        (Above)

5-5-2020 Tinamarie Haddon and myself go to
the Sheriff's Dept. Located At: 692 N.W. 30th Ave
Ocala Fl. 34475.   We filed A Report of "Auto Theft"
of 3 Vehicals, (And was given A case #)
At which time "I Predicted my Daughter would set me
up"
        And Two Weeks later, I'm Arrested with Natasha
            ← Over → Hileman Listed on Repor

If this Dosn't "Scream fowl PlAy"
Nothing Does...

— I Will Not Rest UNtil Justice
is Served, And my Home is Returned
to me, Along with What ever of
my things hasN't been Sold off

My Car's Need to be found??

A Huge PreJustice HAs been Delt to me,
at my Daughters Hand, to Hide Her own
"Felonious Activities" This isN't Right
or "Just" by No Means

Am I ANgry? Wouldn't you be if faced
with the SAme Situation?
(Facing 15 years) And WASN't         Yes —
              even There At All?

I HAd Nothing to do with the Stabbing of
Joql Travis, And He know's it? He Needs to
be Arrested, Along with the Rest who Are on the Report,
Subpoena All there Phone Records "Pre the Stabbing
I'll bet it would Show they Where All Friends Prior,
And I'm Shure it would Also uncover Photo's of
me being shared before the Photo Line up As Well
Or So SAy's my Son "Robert Bruce HilemAN,
And BritNey Feck HilemAN" Yea they told me
About that As Well (NAtasha) Texted them "Bragging"

FIRST-CLASS MAIL

Hasler
02/22/2021
US POSTAGE $002.20⁰

ZIP 34475
011E11681793

"This mail originated from an inmate at the Marion County Jail"

"This mail originated from an inmate at the Marion County Jail"

Clerk of the County Court
Civil Division
P.O Box 907
Ocala, Fla. 34478

ROBERT HILEMAN/A0018796
ED105
3290 NW 10th Street
Ocala, FLa. 34475-4550

"This mail originated from an
inmate at the Marion County Jail"

"This mail originated from an
inmate at the Marion County Jail"

"This mail originated from an
inmate at the Marion County Jail"

ohh?